UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AARON J. WINZER, | Case No. 2:25-CV-01518-ART-NJK |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |

The Complaint in this action was filed on August 15, 2025 (ECF No. 1). The Court issued a notice of intent to dismiss on November 13, 2025, under Fed. R. Civ. P. 4(m) unless proof of service is filed by December 13, 2025. (ECF No. 5.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Federal Bureau of Investigations are dismissed without prejudice and the Clerk of Court is directed to close this case.

_____

Anne R. Traum
United States District Court Judge

DATED THIS 5th day of February, 2026.

1